## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | YONAIKER ALEXANDER FERNANDEZ PEDRON and YOHANDRI RAMO RAMIREZ GONZALEZ |
| **DATE:** | March 24, 2025 |
| **INTERPRETER NEEDED:** | Yes |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | **18 U.S.C. §§ 2113(c) and 2** (Possession of Stolen Bank Property)<br><br>0-10 Years Imprisonment<br>$250,000 Fine<br>0-5 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Adrianne Culver, FBI |
| **AUSA:** | Z. Seth Griswold, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes |