

**FILED**

**10:37 am, 6/24/25**

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.                                    Case Number:   2:25-CR-88-ABJ-2

YOHENDRI RAMON GONZALEZ
RAMIREZ
aka YOHENDRI RAMO RAMIREZ
GONZALEZ

Defendant.

Date 6/24/2025     Time 9:34am - 9:58am      Before the Honorable     Scott P. Klosterman

☑ Indictment      ☐ Information      ☐ Complaint      ☑ Arraignment      ☐ Rule 5

☐ Initial Appearance    ☐ Detention Hearing    ☐ Preliminary Hearing    ☐ Removal Hearing

☐ Other _____

Offense: 1: 18 U.S.C. §§ 2113(b) and 371 Conspiracy to Commit Bank Theft; 2: 18 U.S.C. §§ 2113(c) and 2 Bank Theft

| Brandi Robinson | FTR Recording | Greg Lewis |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Cameron Cook | Kuzmanovich/Heiduck | Maria Cruz |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared     ☐ Voluntarily     ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Terry J Harris _____

☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

WY53                                                          Rev. 06/03/2025

MAGISTRATE CRIMINAL PROCEEDING SHEET

## Arraignment

☐ Defendant waives indictment

☐ Defendant waives reading of indictment

☐ Information filed by Government

☐ Superseding indictment/information filed by Government

☒ Indictment

☐ Complaint

## Defendant enters a plea of

☑ Not guilty to count(s)

1, 2_____ of an  Indictment_____

☐ Guilty to count(s)

_____ of an  _____

## Not Guilty Plea

☑ Court orders discovery per rule 16 FRCrP

☑ Photocopy of discovery is permissible

☑ Court orders access to Grand Jury Transcripts

Motions to be filed  ☐ Days   ☐ On or Before   ☐ Discovery

☑ Trial date set for  8/4/2025  at 1:30PM  Before Honorable      Alan B. Johnson

in  Cheyenne, Wyoming (Courtroom 2)

☑ Speedy trial expires on   8/27/2025

☑ Other    Custody clock expires on 8/4/2025