Z. Seth Griswold
Wyoming State Bar No. 7-5809
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
seth.griswold@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 25-CR-88-J |
| **YONAIKER ALEXANDER FERNANDEZ PEDRON,** | |
| Defendant. | |

**MOTION FOR LEAVE OF COURT TO FILE DISMISSAL OF INDICTMENT AS TO DEFENDANT YONAIKER ALEXANDER FERNANDEZ PEDRON WITHOUT PREJUDICE**

The United States Attorney for the District of Wyoming moves the Court for leave to file a dismissal without prejudice of the Indictment against the Defendant Yonaiker Alexander Fernandez Pedron in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for the reason that the Defendant has been removed from the United States by the United States Department of Homeland Security, Immigration and Customs Enforcement.

DATED this 2nd day of December, 2025.

                                                    DARIN D. SMITH
                                                    United States Attorney

By:   */s/ Z. Seth Griswold*
        Z. SETH GRISWOLD
        Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of December, 2025, the foregoing was electronically filed and consequently served on defense counsel.

*/s/Andi M. Shaffer*
For the United States Attorney's Office
